JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3693
   FAX: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.CR-4-08-70013 WDB |
| ) | |
| v. ) | |
| ) | |
| EDUARDO ENRIQUES-CARAJAL, ) | <u>SUBSTITUTION OF ATTORNEY</u>- |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Please take notice that as of January 24 2008, the Assistant U.S. Attorney whose name, Address, telephone number and email address are listed below was assigned to be counsel for the government.

                Assistant U.S. Attorney Wade Rhyne
                1301 Clay Street, Suite 340S
                Oakland, CA 94612
                Telephone: (510) 637-3680
                <u>Wade.Rhyne@usdoj.gov</u>

DATED: January 24, 2008        Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                _____/s/_____
                                WADE RHYNE
                                Assistant United States Attorney